USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/19/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN B. THOMAS,

                        Plaintiff,

      -against-

N.Y. Department of Corrections Community Supervision, et al.,

                       Defendants.

20-cv-9709 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

      The Court has granted leave for Plaintiff Steven B. Thomas ("Plaintiff") to proceed in forma pauperis, that is, without prepayment of fees. (ECF No. 5.) To allow Plaintiff to effect service on Defendants C.O. Hurley Hopkins (Badge # 21343), C.O. Barry Norfleet (Badge # 21598), C.O. Heriberto Nieves (Badge # 20540), C.O. Simun Matesic (Badge # 7928), and Sgt. Nichols Drewes (Badge # 3521) through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. Former C.O.'s Simun Matesic and Barry Norfleet may be served at DOCCS Office of Counsel, The Harriman State Campus, Bldg. 2, 1220 Washington Ave, Albany, New York 12226; and Sgt. Nichols Drewes, C.O. Hurley Hopkins, and C.O. Heriberto Nieves may be served at Sing Sing Correctional Facility, 354 Hunter Street, Ossining, New York 10562- 5442. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these defendants.

      Plaintiff must effect service within 90 days of the date the summons is issued. It is Plaintiff's responsibility to ensure that service is made and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). It is also Plaintiff's

obligation to promptly submit a written notification to the Court if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

The Clerk of Court is directed to mail a copy of this order to pro se Plaintiff at the address on ECF and to show service on the docket.

SO ORDERED.
 Dated:   February 19, 2021
          White Plains, New York

                                              NELSON S. ROMÁN
                                          United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES FOR 20cv9709**

C.O. Simun Matesic
DOCCS Office of Counsel
The Harriman State Campus, Bldg. 2
1220 Washington Ave
Albany, New York 12226

C.O. Barry Norfleet
DOCCS Office of Counsel
The Harriman State Campus, Bldg. 2
1220 Washington Ave
Albany, New York 12226

Sgt. Nichols Drewes
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562-5442

C.O. Hurley Hopkins
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562-5442

C.O. Heriberto Nieves
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562-5442