**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STEVEN B. THOMAS,

                Plaintiff,

-against-                              20 **CIVIL** 9709 (NSR)

                                              **JUDGMENT**

C.O. HURLEY HPOPKINS, C.O. BARRY
NORFLEET, C.O. SIMUN MATESIC, C.O.
HERIBERTO NIEVES, and SGT. NICHOLS
DREWES,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 14, 2022, Defendants' motion to dismiss is GRANTED and Plaintiff's Amended Complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       July 18, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                                **BY:**    *K. Mango*

                                                       **Deputy Clerk**